**J. Paul BODGE**

v.

**John MORAN.**

**No. 81–309–M.P.**

Supreme Court of Rhode Island.

June 25, 1981.

J. Ryder Kenney, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Panciera, Sp. Asst. Atty. Gen., for respondent.

### ORDER

Since the 6-month period within which a defendant must be tried or bailed under the provisions of G.L.1956 (1969 Reenactment) § 12–13–7 commences when defendant demands a trial (see *In re Deslovers*, 35 R.I. 248, 86 A. 657 [1913]; and *Bridges v. Superior Court*, R.I., 396 A.2d 97, at page 101, [1978]), the issue raised by petitioner is without merit.

Therefore, the petition for writ of habeas corpus is hereby denied.

**Richard F. LILLY**

v.

**John N. BROWN.**

**No. 81–72–M.P.**

Supreme Court of Rhode Island.

June 25, 1981.

Marvin A. Brill, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

### ORDER

The petition for writ of habeas corpus is denied as moot.

**Joseph L. NICHOLS**

v.

**Bonnie E. NICHOLS.**

**No. 81–201–A.**

Supreme Court of Rhode Island.

June 25, 1981.

Donato Andre D'Andrea, Newport, for plaintiff.

Paul Corrigan III, Providence, for defendant.

### ORDER

This appeal raises the question of whether a Family Court child-support order was excessive. Since this matter involves a question of fact upon which the trial justice was not clearly wrong, the defendant's motion to affirm the judgment of the Family Court pursuant to Rule 16(g) is hereby granted.